IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BIG SKY WESTERN BANK, a national banking organization under the laws of the United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>JENSEN FAMILY INVESTMENT COMPANY, LLC, a Delaware limited liability company; 2030 INVESTORS, LLC, an Oregon limited liability company; C. JAMES JENSEN, an individual and as guarantor; and ELLISON C. MORGAN, an individual and as guarantor,<br><br>Defendants. | CASE NO. CV-12-00617-BLW<br><br>ORDER ON JOINT STIPULATION TO EXTEND MOTION BRIEFING PERIOD |

Pursuant to a joint stipulation and request for an order to extend the motion briefing period:

IT IS ORDERED AS FOLLOWS:

The parties' stipulation (Dkt. No.18) is **APPROVED** and the deadline for the motion briefing period for Defendants' reply brief is extended by 14 days or until March 20, 2013.

ORDER ON JOINT STIPULATION TO EXTEND MOTION BRIEFING PERIOD - 1



DATED: February 27, 2013

B. Lynn Winmill
Chief Judge
United States District Court